UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SUSAN G. MADDEN,

      Plaintiff,

v.

CITY OF ANN ARBOR, ANN ARBOR
POLICE DEPARTMENT, WASHTENAW
COUNTY, and STATE OF MICHIGAN,

      Defendants.

_____/

Case No. 2:08-cv-12070

HONORABLE STEPHEN J. MURPHY, III

**ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION** (docket no.6)**, AND DENYING
PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS (docket no. 2)**

     In this suit plaintiff Susan G. Madden claims that the defendants, the State of Michigan and various local government entities, discriminated against her on the basis of race, color, gender, age and national origin, in violation of Title VII of the Civil Rights Act of 1964. Along with her complaint, Madden filed an application to proceed in forma pauperis. Docket no. 2. After the case was reassigned to the undersigned from District Judge Paul V. Gadola, plaintiff's application was referred to Magistrate Judge Virginia M. Morgan, along with all other pretrial matters. Currently before the Court is the application to proceed in forma pauperis, along with Magistrate Judge Morgan's report and recommendation that the application be denied, or in the alternative that it be granted and the case dismissed as frivolous. Docket no. 6. The Magistrate Judge also notified the parties that any objections must be filed within ten days of service.   No party has filed objections to the report and recommendations.

The Court's standard of review for a magistrate judge's report and recommendation depends upon whether a party files objections. If a party does not object to the report and recommendation, the Court does not need to conduct a review by any standard. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Because neither party filed timely objections to Magistrate Judge Morgans report and recommendation, *see* 28 U.S.C. § 636(B)(1)(c); Fed. R. Civ. P. 6(e), this Court need not and will not conduct a review.

**ACCORDINGLY, IT IS HEREBY ORDERED** that the Report and Recommendation (docket no. 6) is **ACCEPTED** and **ADOPTED** as the opinion of this Court.

**IT IS FURTHER ORDERED** that plaintiff's application to proceed in forma pauperis is **DENIED**.

s/Stephen J. Murphy, III
Stephen J. Murphy, III
United States District Judge

Dated: February 10, 2009

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 10, 2009, by electronic and/or ordinary mail.

Alissa Greer
Case Manager